U.S. Department of Justice

Civil Rights Division

*Disability Rights Section -- 4 CON*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

FEB 1 8 2020

DJ# 205-21-3

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Wayne Sam
91-1290 Kaneoneo Street
Kapolei, HI 96707

Re:   EEOC Charge Against:   SOH-Department of Public Safety
      EEOC No.:              486-2015-00365
      DJ#:                   205-21-3

Dear Mr. Sam:

### NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

It has been determined that the Department of Justice (the Department) will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC). This should not be taken to mean that the Department has made a judgment as to whether or not your charge is meritorious.

You are hereby notified that conciliation on your case was unsuccessful by the EEOC. You are further notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12111, et seq., against the above-named respondent. If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.

Therefore, if you wish to pursue this matter, you should consult an attorney at your earliest convenience. If you are unable to locate an attorney, you may wish to contact the EEOC or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1), referenced in Section 107(a) of the ADA, 42 U.S.C. § 2117(a).

We are returning the files in this matter to EEOC's Local Office. If you or your attorney, have any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to:

> Rosa Viramontes
> District Director
> Honolulu Local Office
> Equal Employment Opportunity Commission
> 300 Ala Moana Blvd, Room 4257
> Honolulu, HI 96850

Enclosed you will find a list of state resources and a Notice of Rights under the ADA Amendments Act of 2008 (ADAAA).

We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case.

Sincerely,

Eric S. Dreiband
Assistant Attorney General

BY: _Amanda Maisels_
Amanda Maisels
Deputy Chief
Disability Rights Section

Enclosure:
Hawaii State Resources
Notice of Rights under the ADAAA

cc: SOH-Department of Public Safety
EEOC –Los Angeles District Office

2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 486-2015-00365 |

| Hawai'i Civil Rights Commission | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Wayne Sam** | **(808) 227-2384** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **91-674 Makalea St., Ewa Beach, HI 96706** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **SOH-DEPT OF PUBLIC SAFETY** | **201 - 500** | **(808) 677-6150** |

| Street Address | City, State and ZIP Code |
|---|---|
| **Waiawa Correctional Facility,  94-560 Kamehameha Hwy,  Waipahu, HI 96797** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **10-21-2014**   Latest **10-21-2014**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired as an Adult Corrections Officer Recruit in September 21, 1998.  My last position was Adult Corrections Officer III at the Waiawa Correctional Facility.

Respondent is aware of my disability.

On October 1, 2014, Lieutenant/Watch Commander Anthony Monteilh III served me with MOU Investigation paperwork indicating that I was at steps 10 and 11.  I refused to sign the document as no investigation was attached.  I was expecting a corrected document.

Between October 1 and 21, 2014, I did not report to work due to the effects of my disability.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| x 8/21/2015 ___ x _Wayne A. Sam_<br>Date _____ Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

RECEIVED
AUG 2 5 2015
EEOC HLO

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 486-2015-00365 |

| Hawai'i Civil Rights Commission | and EEOC |
|---|---|
| *State or local Agency, if any* | |

On October 21, 2014, I reported to work and Lieutenant Monteilh provided me with another MOU investigation indicating that I had reached the 15th step. I was terminated and escorted out of the facility.

Respondent has a policy by which if you do not have leave available and miss more than 15 days of work you must resign.

I believe that I have been discriminated against due to my disability, in violation of the Americans with Disabilities Act of 1990, as amended. I also believe that a class of employees with disabilities has also been subjected to disability discrimination.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| x 8/21/2015    x *[signature]*<br>Date      *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |



# U.S. Equal Employment Opportunity Commission
## Honolulu Local Office

300 Ala Moana Blvd
Room 7-127
Honolulu, HI 96850
(808) 541-3118
TDD: 1-800-669-6820
Fax: (808) 541-3390
1-800-669-4000

Respondent: SOH-DEPT OF PUBLIC SAFETY
EEOC Charge No.: 486-2015-00365
FEPA Charge No.:

August 28, 2015

Wayne Sam
91-674 Makalea St.
Ewa Beach, HI 96706

Dear  Sam:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

[ ]   Title VII of the Civil Rights Act of 1964 (Title VII)
[ ]   The Age Discrimination in Employment Act (ADEA)
[ X ]   The Americans with Disabilities Act (ADA)
[ ]   The Equal Pay Act (EPA)
[ ]   The Genetic Information Nondiscrimination Act (GINA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

Please be aware that we will send a copy of the charge to Hawai'i Civil Rights Commission 830 Punchbowl Street Suite 411 Honolulu, HI 96813 as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Glory  Gervacio Saure
Local Office Director
(808) 541-3118

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov
Enclosure(s)

Page 2